IN THE COURT OF APPEALS OF TENNESSEE
MIDDLE SECTION AT NASHVILLE

**FILED**

**October 17, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

FIRST AMERICAN NATIONAL BANK, )
)
      Plaintiff/Appellee, )
)
)
VS. )
)
)
NATIONAL PROJECT SERVICES, )
INC., )
)
      Defendant/Appellant. )

Appeal No.
01-A-01-9702-CH-00051

Davidson Chancery
No. 93-3015-III(II)

# ORDER ON PETITION TO REHEAR

The appellant has filed a petition to rehear. Upon consideration of

the petition and the entire record in this case, it is the judgment of the court that the

petition should be overruled.

It is so ordered.

ENTER this _____ day of October, 1997.

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION

_____
SAMUEL L. LEWIS, JUDGE

_____
BEN H. CANTRELL, JUDGE